Deyuan Lin, Esq.
620 Newport Center Dr., Suite 1100
Newport Beach, CA 92660
(949) 409-8860

July 31, 2023

Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**RE: Janelys Hernandez, on behalf of herself and all others similarly situated vs. Bamwest, LLC; U.S. District Court, Southern District N.Y., Civ. Action No. 1:23-cv-02500-KPF**

Dear Judge Failla:

The undersigned represents Bamwest, LLC, ("Defendant") in the above referenced matter against Plaintiff, Janelys Hernandez, ("Plaintiff") (collectively the "Parties"). With Plaintiff's consent, we write to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor stay the action for thirty (30) days for the Parties to consummate a settlement agreement.

In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned sine die. We thank the Court for its time and attention in this matter.

Respectfully Submitted,

By: */s/ Deyuan Lin*
     Deyuan Lin

CC: Noor A Saab, Esq. (via ECF)